IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>GUY A. REAM,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:13-cv-99 CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

     This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B).  On June 6, 2013, Judge Furse issued a Report and Recommendation, recommending dismissal under 28 U.S.C. § 1915(e)(2)(B)(i)  (ii) because the complaint in frivolous and fails to state a claim.  (Dkt. No. 13). Plaintiff Guy A. Ream timely filed an objection to the Report and Recommendation.  After review of the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Furse's Report and Recommendation in its entirety.  Accordingly, this case is dismissed.

     SO ORDERED this 2nd day of August, 2013.

BY THE COURT:

_____
Clark Waddoups
United States District Judge