IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>GUY A. REAM,<br><br>              Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:13-cv-99 CW-EJF<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Evelyn J. Furse |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B). On June 6, 2013, Judge Furse issued a Report and Recommendation, recommending dismissal under 28 U.S.C. § 1915(e)(2)(B)(i) (ii) because the complaint in frivolous and fails to state a claim. (Dkt. No. 13). Plaintiff Guy A. Ream timely filed an objection to the Report and Recommendation. After review of the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Furse's Report and Recommendation in its entirety. Accordingly, this case is dismissed.

      SO ORDERED this 2nd day of August, 2013.

                                                                           BY THE COURT:

                                                                           Clark Waddoups<br>
                                                                           United States District Judge